Submitted April 6, reversed June 6, 2012

In the Matter of R. G., aka R. L. G.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## R. G.,
aka R. L. G.,
*Appellant.*

Jackson County Circuit Court
10526MC; A147340

280 P3d 401

Rebecca Carter filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Greg Rios, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues, among other contentions, that the record does not establish by clear and convincing evidence that she is a danger to herself because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.